# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Channing B.,

        Plaintiff,

v.

Leland Dudek, *Acting Commissioner of Social Security*,

        Defendant.

No. 24-cv-1359 (KMM/SGE)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

      This matter is before the Court on the May 5, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge Shannon G. Elkins. (Dkt. 15.) The R&R concludes that the Administrative Law Judge relied on his own inferences drawn from an administrative record devoid of any evidence of how Plaintiff's impairments affect his ability to work. As a result, the R&R recommends that this case be remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further development of the record with regard to Plaintiff's mental and physical functioning. The deadline for objections to the R&R was May 19, 2025, *see* D. Minn. LR 72.2(b), but none have been filed. In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on this Court's careful review of the R&R and the record in this matter, the Court finds no error.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's request for relief (Dkt. 10) is **GRANTED**.

2. The Commissioner's request for relief (Dkt. 13) is **DENIED**.

3. This matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further development of Plaintiff's mental and physical functioning.

**Let judgment be entered accordingly**.

Dated: May 21, 2025           *s/ Katherine Menendez*
                              Katherine Menendez
                              United States District Judge